UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLAS MCPHERSON,                        )
                    Plaintiff,            )
                                          )        No. 1:12-cv-246
-v-                                       )
                                          )        HONORABLE PAUL L. MALONEY
SHAUNA DUNNINGS,                          )
                    Defendant.            )
_____  )

### JUDGMENT

Having dismissed Plaintiff's complaint, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is

entered in favor of Defendant and against Plaintiff Douglas McPherson.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   June 29, 2012                             /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                  Chief United States District Judge